1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

EDWIN LEONARD SLADE,                    )
9                                       )
                    Plaintiff,          )
10                                      )
        vs.                             )        2:08-cv-00950-RCJ-PAL
11                                      )
UNITED STATES OF AMERICA,               )
12                                      )        **ORDER**
                                        )
13                  Defendant.          )
                                        )
14

15        On June 8, 2009, this Court denied petitioner's Motion for an Emergency Writ of Mandamus

16  (#1).  Petitioner had asked the Court, in a 142-page Petition, for a trial by jury to overturn his

17  conviction for a traffic offense in the Las Vegas Municipal Court.  The Court denied the Petition due

18  to lack of federal subject matter jurisdiction.  The Court denied Petitioner's motions to reconsider

19  on November 15, 2010. (#47). These motions consisted of eschatological rantings, invoking various

20  historical figures and events.

21        Plaintiff now brings the instant motion, which is likewise incoherent.  The entirety of the

22  motion consists of handwritten notes entitled "Emergency Petition."  The content of this note is as

23  follows:

24      The Honorable Court:
        My text for the docket has disappeared from my control.  I will be retyping (66
25      pages) when I am able . . . [sic] My word is my bond and I aver to the truth of this
        document.
        Notary

(Motion, #47).  The motion is notarized.  It appears that the petitioner is asking the Court to rule on a motion which is not even submitted for the Court's consideration.  It is completely unclear what the motion by Petitioner is attempting to accomplish and does not appear to be properly before this Court.  In addition, the Court still lacks jurisdiction.

### CONCLUSION

IT IS HEREBY ORDERED that Petitioner's Motion to Dismiss Notice to Pay Rent or Quit (#47) is DENIED.

DATED: This 16th day of April, 2010.

_____

United States District Judge