UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN LEONARD SLADE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JUDGE ROBERT C. JONES, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:08-cv-00950-RCJ-PAL<br><br>**<u>ORDER</u>**<br><br>(Mtn to Travel - Dkt. #51) |

　　　　This matter is before the court on Plaintiff's Motion for Order to Permit Plaintiff Leave to Attend a Conference (Dkt. #51). Plaintiff seeks leave to attend a conference regarding the Hubble Telescope in Flagstaff, Arizona. Plaintiff is advised he does not need the court's permission to travel <u>in this civil case</u>. However, Plaintiff is required to keep both the court and opposing counsel apprised of his current address while this case is pending. Additionally, the court will not interfere with any order entered by any other court restricting Plaintiff's travel, and Plaintiff must comply with any such order or seek relief from the court which imposed any such restriction.

　　　　**IT IS SO ORDERED**.

　　　　Dated this 25th day of June, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE